UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>WILLIAM CASTRO,<br>      Defendant. | 25-CR-17-2 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

  IT IS HEREBY ORDERED that the conference previously scheduled for July 7, 2025, is RESCHEDULED for **July 9, 2025**, at **11:30 a.m.** in **Courtroom 905** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.  The parties and Mr. Castro's current counsel, Mr. El Ashmawy, are directed to appear for the conference.  Court will request that on duty CJA counsel Zachary Margulis-Ohnuma also be present at the conference.

  SO ORDERED.

Dated: July 7, 2025
   New York, New York

                    DALE E. HO
                    United States District Judge