UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>WILLIAM CASTRO,<br>  a/k/a "Speack,"<br><br>                    Defendant. | 25-CR-17-2 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

The Court has been advised that the Defendant may want to enter a change of plea. Accordingly, the parties shall appear for a conference with the Court on October 10, 2025, at 11:30 a.m. in **Courtroom 905** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated: October 1, 2025
        New York, New York

                                                                    _____
                                                                            DALE E. HO
                                                                    United States District Judge