UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

WILLIAM CASTRO,
a/k/a "Speack,"

Defendant.

25-CR-17-2 (DEH)

ORDER

DALE E. HO, United States District Judge:

IT IS HEREBY ORDERED that the sentencing hearing scheduled for **Friday, January 16, 2026**, at 9:15 a.m. is RESCHEDULED for **9:30 a.m.** in **Courtroom 905** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007.

SO ORDERED.

Dated: January 14, 2026
New York, New York

DALE E. HO
United States District Judge